# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEVIN LAWSON, | ) )  ) |
| Plaintiff, | ) ) No. 4:14-CV-1381-JAR |
| v. | ) ) ) |
| CAJUN REALTY, LLC, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Joinder of Additional Parties (Doc. 29). Plaintiff moves for leave to join Bourdeau Construction, LLC , Bourdeau Contracting, LLC, James Bourdeau, and Sizemore's Painting as defendants. Pursuant to the Case Management Order, all motions for joinder of additional parties were due no later than October 17, 2014. Defendant responds that he does not object to the timing of Plaintiff's motion but requests that the Court vacate all pretrial and trial deadlines and serve notice for a new scheduling conference. For that reason, the Court will grant Plaintiff's motion and direct the Parties to file a second joint proposed scheduling plan.

However, Plaintiff does not indicate the citizenship of these new Defendants so that the Court may properly determine if it maintains jurisdiction. *See* 28 U.S.C. § 1332(c) ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ."); *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007) ("An LLC's citizenship, for purposes of diversity jurisdiction, is the citizenship of each of its members."); *Reece v. Bank*

*of New York Mellon*, 760 F.3d 771, 777 (8th Cir. 2014) (An individual's residence does not establish his or her citizenship because "[w]hen it comes to diversity jurisdiction, the words "resident" and "citizen" are not interchangeable."). Therefore the Court will direct Plaintiff to provide a notice to the Court properly alleging the citizenship of these Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Joinder of Additional Parties (Doc. 29) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff shall file a notice with the Court properly alleging the citizenship of the newly joined Defendants on or before **April 27, 2015**.

**IT IS FURTHER ORDERED** that the Parties shall file a second joint proposed scheduling plan with the Court on or before **May 4, 2015.**

Dated this 20th day of April, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**