**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **KEVIN LAWSON,** | ) | |
| Plaintiff, | ) | No. 4:14-CV-1381-JAR |
| v. | ) | |
| **CAJUN REALTY, LLC, et al.,** | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This action is before the Court for case management purposes. On August 8, 2014, Defendant Cajun Realty, LLC ("Cajun Realty") removed this case from the Circuit Court for the City of St. Louis, Missouri (Case No. 1422-CC09076) alleging this Court had jurisdiction pursuant to 28 U.S.C. § 1332(a) as the parties were diverse and the amount in controversy was met. At the time, the only parties in the case were Plaintiff Kevin Lawson, a citizen of Missouri, and Cajun Realty, an LLC whose sole member is Cajun Operating Company, a Delaware corporation with its principle place of business in Georgia.

On April 7, 2015, Plaintiff filed a Motion for Joinder of Additional Parties in which he sought to add Bourdeau Construction LLC, Bourdeau Contracting LLC, James Bourdeau, and Sizemore's Painting as Defendants (Doc. 29). The Court granted Plaintiff's Motion for Joinder of Additional Parties and directed Plaintiff to file a notice with the Court properly alleging the citizenship of the newly joined Defendants on or before April 27, 2015 (Doc. 31). Plaintiff complied with this order (Doc. 32). Subsequently, the Court directed Plaintiff to file an amended complaint (Doc. 33) and, on May 1, 2015, Plaintiff filed a second amended complaint (Doc. 34).

Upon review of Plaintiff's second amended complaint, the Court concludes that the Court no longer has subject matter jurisdiction pursuant to section 1332 because the parties are no longer diverse. 28 U.S.C. § 1447 ("If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may . . . permit joinder and remand the action to the State court.") Several of the newly joined Defendants, like Plaintiff, are citizens of Missouri for purposes of diversity jurisdiction. Specifically, Defendant James Bourdeau is a citizen of Missouri and, because Bourdeau is the sole member of Defendants Bourdeau Construction, LLC and Bourdeau Contracting, LLC, both of these Defendants are also citizens of Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that this action shall be **REMANDED** to the Circuit Court of the City of Saint Louis. A separate order of remand shall accompany this order.

Dated this 5th day of May, 2015.

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**